IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00168-D

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | |
| MITCH HAMILTON PARRISH | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Government's Brief Concerning Restitution and Special Assessment filed at Docket Entry 55, be sealed.

IT IS SO ORDERED, this 12 day of May, 2021.

JAMES C. DEVER, III
United States District Judge