IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-168-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MITCH HAMILTON PARRISH, ) | |
| ) | |
| Defendant. ) | |

Not later than June 11, 2021, the United States shall respond to defendant's pro se motions concerning his property. See [D.E. 26, 52].

SO ORDERED. This 13 day of May 2021.

JAMES C. DEVER III
United States District Judge