IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-168-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MITCH HAMILTON PARRISH, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the government's response [D.E. 64], defendant's motions for return of property [D.E. 26, 52] are DENIED except that the discs and the digital information on the hard drives shall be returned. See [D.E. 62] 7–8.

SO ORDERED. This 5 day of August 2021.

JAMES C. DEVER III
United States District Judge